[No. 30255-8-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. KIRK M.
BAUER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05459-9, Arthur E. Piehler, J., entered
February 28, 1992. *Reversed* by unpublished per curiam opinion.

[No. 32595-7-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANN
VETSCH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06907-1, Jo Anne Alumbaugh, J., entered
March 30, 1993. *Reversed* by unpublished per curiam opinion.

[No. 31799-7-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WOO WAN
CHOI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03765-3, Donald D. Haley, J., entered
November 3, 1992. *Reversed* by unpublished per curiam opinion.

[No. 32046-7-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA SHAWN
AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-05081-3, Richard M. Ishikawa, J., entered
December 15, 1992. *Reversed in part* by unpublished per
curiam opinion.